Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Tara A. Currie (SBN 323984)
tcurrie@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

***Attorneys for Plaintiff
Chrome Hearts LLC***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>THE LIMITED COMPANY LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-04149<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: June 30, 2022<br>Current response date: July 21, 2022<br>New response date: August 5, 2022 |

Pursuant to Local Rule 8-3, counsel for plaintiff Chrome Hearts LLC and defendant The Limited Company LLC ("Defendant") have stipulated to a fifteen-day extension of time for Defendant to respond to the Complaint. This is the Parties' first request for an extension. Defendant's new response date is therefore August 5, 2022.

Dated: July 20, 2022            BLAKELY LAW GROUP

                      By:   */s/ Tara A. Currie*
                            Brent H. Blakely
                            Tara A. Currie
                            ***Attorneys for Plaintiff
                            Chrome Hearts LLC***

1
**PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF PROCESS**

| | |
|---|---|
| 1 | Dated: July 19, 2022          McKOWN BAILEY |

Dated: July 19, 2022            McKOWN BAILEY

By: */s/ Aaron M. McKown*
Aaron M. McKown
***Attorney for Defendant The Limited Company LLC.***

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and that I shall serve a copy of this document as filed on Defendant's counsel via email on July 20, 2022

Dated: July 20, 2022            By:  */s/ Tara A. Currie*
Tara A. Currie