Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Tara A. Currie (SBN 323984)
tcurrie@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>THE LIMITED COMPANY LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-04149-MWF-E<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**<br><br>Complaint served: June 30, 2022<br>Initial response date: July 21, 2022<br>1st extended response date: August 5, 2022<br>2nd extended response date: August 19, 2022<br>New response date: September 9, 2022 |

　　　Counsel for plaintiff Chrome Hearts LLC ("Plaintiff") and defendant The Limited Company LLC ("Defendant") have stipulated to a third extension of time for Defendant to respond to the Complaint. Good cause exists for the extension because the Parties have engaged in settlement discussions that are ongoing. Plaintiff's counsel and their client representative need additional time to evaluate whether to settle the matter or pursue litigation in light of travel schedules and the information received informally by Defendant regarding the Accused Products. The Parties stipulate, and respectfully request, that Defendant's new response date be September 9, 2022.

/ / /

/ / /

1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Dated: August 19, 2022        BLAKELY LAW GROUP

By:  /s/ Tara A. Currie
Brent H. Blakely
Tara A. Currie
**Attorneys for Plaintiff Chrome Hearts LLC**

Dated: August 19, 2022        McKOWNBAILEY

By:  /s/ Aaron M. McKown
Aaron M. McKown
**Attorney for Defendant The Limited Company LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and that I shall serve a copy of this document as filed on Defendant's counsel via email on August 19, 2022

Dated: August 19, 2022        By:  /s/ Tara A. Currie
Tara A. Currie

## ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 19, 2022        By:  /s/ Tara A. Currie
Tara A. Currie