UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-4149-MWF(Ex)** | Date: October 31, 2022 |
| Title | **Chrome Hearts LLC v. The Limited Company LLC, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on August 16, 2022. (Docket No. 1). Plaintiff filed a Proof of Service on July 19, 2022, reflecting service of the Summons and Complaint on June 30, 2022. (Docket No. 10). Plaintiff then filed three Stipulations requesting extensions of Defendant The Limited Company LLC's time to respond to the Complaint. (Docket Nos. 11, 12, and 13). The last extension expired on September 9, 2022.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **NOVEMBER 14, 2022**.

- ■ BY DEFENDANT: RESPONSE TO THE COMPLAINT. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- ■ BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-4149-MWF(Ex)**                                                  Date:  October 31, 2022

Title           **Chrome Hearts LLC v. The Limited Company LLC, et al.**

respond to the Order to Show Cause by **NOVEMBER 14, 2022** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm